IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CASE NO. 3:25-CR-11-TES |
| : | |
| STEVEN EHIZOJIE OBOITE, : | |
| ERIC XAVIER BECHET, : | |
| JABARI AYINDE COOPER, : | |
| RASHAD CORTESE KINLOCH, : | |
| MYRON NED STODGHILL, : | |
| REGINALD TYRONE DOUGLAS, and : | |
| JOSHUA JAMAL CHARLES, : | |
| : | |
| Defendants. : | |

### ORDER TO UNSEAL

The Court having read the Motion to Unseal in this matter, and it appearing to the Court that the case should be unsealed,

IT IS ORDERED that the case by unsealed in its entirety.

SO ORDERED this 19th day of May, 2025.

_____
CHARLES H. WEIGLE
UNITED STATES MAGISTRATE JUDGE