IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIM. NO. 3:25-CR-11-TES |
| v. | : | |
| | : | |
| STEVEN EHIZOJIE OBOITE, | : | |
| ERIC XAVIER BECHET, | : | |
| JABARI AYINDE COOPER, | : | |
| RASHAD CORTESE KINLOCH, | : | |
| MYRON NED STODGHILL, | : | |
| REGINALD TYRONE DOUGLAS, | : | |
| and | : | |
| JOSHUA JAMAL CHARLES, | : | |
| | : | |
| Defendants. | : | |
| | : | |

## ORDER GRANTING THE GOVERNMENT'S MOTION TO DECLARE CASE COMPLEX PURSUANT TO 18 U.S.C. § 3161(h)(7)(B), EXTEND DEADLINES IN THE STANDARD PRETRIAL ORDER, AND CONTINUE TRIAL

Before the Court is the government's Consent Motion to Declare Case Complex [Doc. 111] pursuant to 18 U.S.C. § 3161(h)(7)(B). In that motion, the government also seeks to extend deadlines in the Standard Pretrial Orders and continue trial from August 11, 2025. *See generally* [Doc. 111]. The Grand Jury indicted the defendants on May 14, 2025, with one count of conspiracy to distribute fentanyl and methamphetamine. [Doc. 1]. Defendants have each had their initial appearances and arraignments and each defendant has entered a plea of not guilty. *See* [Docs. 24, 56, 60, 64, 71, 87, 96, 115, 117, 123]. Defendants Kinloch and Cooper are on pre-trial release

[Docs. 25, 117], while the remaining defendants remain in custody. [Docs. 56, 71, 87, 96, 123].

In its motion, the government indicates that this case involves a long-term investigation of approximately four years and that discovery is voluminous. [Doc. 111, p. 2]. The government also asserts that the investigation has amassed several terabytes of data in the form of cell phone extraction reports, GPS vehicle tracking information, cell phone location data, and financial records that are in the process of being compiled and transferred to a hard drive by agents from the FBI-Athens office. [*Id.*]. So that the parties may effectively prepare for trial or plea negotiations, the government, with the consent of each defendant, requests that the Court: (1) declare this case complex; (2) extend deadlines for discovery; and (3) continue this case from the Court's pretrial status conference calendar scheduled for July 7, 2025, and the trial date of August 11, 2025. [Doc. 111].

Due to the nature of the Indictment [Doc. 1] against the defendants as well as the nature and volume of discovery, the above-captioned matter is certified as complex. *See* 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(ii). For that reason, the ends of justice served by the granting of such continuance outweigh the best interests of the public and Defendants in a speedy trial, and the Court **GRANTS** the Motion to Declare Case Complex [Doc. 111]. Defendant Eric Xavier Bechet's Motion to Continue Pretrial Conference [Doc. 126] and Unopposed Motion to Continue Trial [Doc. 127] are

**TERMINATED as moot**.

      **FURTHER**, upon agreement between the parties to enter a Scheduling Order in this matter, the Court hereby **AMENDS** and **SUPPLEMENTS** the Standard Pretrial Order[1] as set forth below:

| | |
|---|---|
| Discovery to be completed; Deadline to file 404(b) notices and any applicable 851 enhancements | Thursday, July 31, 2025 |
| Deadline for Government to file Notice of Expert Testimony | Friday, September 5, 2025 |
| Deadline to file Pre-Trial Motions | Friday, November 21, 2025 |
| Deadline for Defendants to file Notice of Expert Testimony | Friday, December 5, 2025 |
| Responses to all Pre-Trial Motions Due | Monday, December 8, 2025 |
| Replies in Support of Pre-Trial Motions Due | Monday, December 15, 2025 |
| Motion Hearings and Pretrial Conference | Wednesday, December 17, 2025 |
| Motions in Limine Due | Friday, December 19, 2025 |
| Deadline to provide notice of intent to use evidence under Fed. Rule of Evid. 902 | Friday, December 19, 2025 |
| Response to Motions in Limine Due | Friday, January 9, 2026 |
| Requests to Charge and Proposed Verdict Form Due | Monday, February 2, 2026 |
| Proposed Voir Dire Due | Monday, February 2, 2026 |
| Objections to Proposed Voir Dire Due | Monday, February 9, 2026 |
| Exhibit List and Witness List Due to the Court | Friday, February 20, 2026 |
| Trial Commences | Monday, February 23, 2026 |

---

[1] Except as modified in this Order, the Standard Pretrial Order remains in effect.

The delay occasioned by this Order shall be deemed **EXCLUDABLE**. *See* 18 U.S.C. § 3161(h).

**SO ORDERED**, this 2nd day of July, 2025.

*S/ Tilman E. Self, III*
**TILMAN E. SELF, III**
**UNITED STATES DISTRICT COURT**