IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>STEVEN EHIZOJIE OBOITE,<br>ERIC XAVIER BECHET,<br>JABARI AYINDE COOPER,<br>RASHAD CORTESE KINLOCH,<br>MYRON NED STODGHILL,<br>REGINALD TYRONE DOUGLAS, *and*<br>JOSHUA JAMAL CHARLES,<br><br>*Defendants.* | CRIMINAL ACTION NO.<br>3:25-CR-11-TES |

**ORDER**

Before the Court is the United States of America's Joint Motion to Amend Scheduling Order. [Doc. 147]. In that Motion, the parties jointly request that the Court amend the scheduling order currently in effect in this case. [*Id.*].

Pursuant to the current Scheduling Order, motions are due on Friday, November 21, 2025, with motion hearings and pretrial conference scheduled for Monday, December 15, 2025. [Doc. 133]. The parties agree that additional time is necessary to prepare and serve additional discovery, prepare and file any necessary motions, and effectively prepare for trial or plea negotiations. [Doc. 147]. As such, the parties have

requested that the Court amend the Scheduling Order currently in effect by extending all remaining deadlines, hearing dates, and the trial date by a period of ninety (90) days. [*Id.*].

Accordingly, the Court **GRANTS** the Joint Motion to Amend Scheduling Order [Doc. 147] and extends all remaining deadlines, hearing dates, and the trial date by a period of ninety (90) days.

**SO ORDERED**, this 18th day of November, 2025.

S/ Tilman E. Self, III  
**TILMAN E. SELF, III, JUDGE**  
**UNITED STATES DISTRICT COURT**