**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | |
| | **:** | **Case No. 3:25-cr-11 (TES)** |
| **STEPHEN EHIZOJIE OBOITE,** | **:** | |
| _____ | **:** | |

## <u>ORDER</u>

Defendant Steven Ehizojie Oboite is currently detained in the Butts County Detention Center, pursuant to the Court's order of detention entered on June 12, 2025. (Doc. 100). Defendant has moved the Court for an order directing the Butts County Detention Center to allow him access to a computer and additional library time to review the discovery in this case, which is voluminous, in preparation for trial.

For good cause shown, Defendant's motion (Doc. 156) is **GRANTED**, and it is hereby **ORDERED** that Defendant be provided with access to a computer and additional library time to review electronic discovery materials, subject to any appropriate security provisions.

**SO ORDERED**, this 17th day of March, 2026.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge