UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. |
| | ) | 3:25-CR-00011-TES-CHW |
| STEVEN OBOITE, | ) | |
| Defendant. | ) | |

**ORDER**

This matter having come before the Court, and good cause appearing, Mr. Oboite's unopposed motion to file federal warrants under seal is **GRANTED**.

**IT IS HEREBY ORDERED** that Mr. Oboite shall be permitted to file the following exhibits under seal:

- March 12, 2025 cell phone warrant (black iPhone seized from the Fulton County Jail), 1:25-MC-0427

- October 28, 2024 Google LLC warrant, 3:24-MJ-0006-CHW, Doc. 22

- October 28, 2024 Apple warrant, 3:24-MJ-0006-CHW, Doc. 18

**SO ORDERED** this __18th__ day of March 2026.

s/Tilman E. Self, III
The Honorable Tilman E. Self, III
United States District Judge

Presented by:
Saraliene S. Durrett
1800 Peachtree Street, Suite 300
Atlanta, GA 30309
(404) 433-0855
ssd@defendingatl.com